UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10926-reg
PHOENIX PARTNERS MANAGEMENT  :                Chapter 7
LLC,                                             :
                                                 :
                    Debtor.          :
------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10927-reg
PHOENIX COMMODITIES GROUP, LLC :              Chapter 7
                                                 :
                    Debtor.          :
------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10928-reg
PHOENIX GREENWORKS CAPITAL   :                Chapter 7
LLC                                              :
                                                 :
                    Debtor.          :
------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10929-reg
PHOENIX ENVIRONMENTAL GROUP  :                Chapter 7
LLC                                              :
                                                 :
                    Debtor.          :
------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10930-reg
PPG WEST LLC,                        :                Chapter 7
                                                 :
                    Debtor.          :
------------------------------------------------------x


------------------------------------------------------x
In re:                                           :
                                                 :                Case No. 15-10931-reg
PHOENIX DERIVATIVES GROUP LLC,  :             Chapter 7
                                                 :
                    Debtor.          :
------------------------------------------------------x

1

In re:                                              :
                                                    :         Case No. 15-10952-reg
PHOENIX PARTNERS GROUP LP,                          :         Chapter 7
                                                    :
                               Debtor.              :
-------------------------------------------------------x

### ORDER AUTHORIZING THE TRUSTEE TO RETAIN CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC AND CBIZ, INC.

**UPON** the application dated May 13, 2015 of Ian J. Gazes, the Chapter 7 Trustee (the "Trustee") of the estates of chapter 7 trustee (the "Trustee") for the estates of Phoenix Partners Management LLC, Phoenix Commodities Group, LLC, Phoenix Greenworks Capital LLC, Phoenix Environmental Group LLC, PPG West LLC, and Phoenix Partners Group LP (collectively, the "Debtors"), for an order authorizing and empowering the Trustee to retain to retain the CBIZ Accounting, Tax and Advisory of New York, LLC ("CBIZ NY") and its affiliates with offices throughout the country that are wholly-owned subsidiaries of CBIZ, Inc. (collectively, "CBIZ") as accountants for the Trustee under a general retainer agreement, to perform accounting services on behalf of the Debtors' estates, and the Affidavit of Bryan Ryniker, CPA, a managing director of CBIZ NY; and it appearing that CBIZ does not hold or represent any interest adverse to the estates in the matters upon which it is to be engaged; that CBIZ is a "disinterested person," as that term is defined in 11 U.S.C. § 101(14); and that CBIZ's employment is in the best interests of the Debtors' estates; and due deliberation having been had thereon; and no further notice hereof being required; it is hereby:

**ORDERED**, that, pursuant to 11 U.S.C. §§ 327(a), Fed R. Bankr. P 2014, and Local Bankruptcy Rule 2014-1, the Trustee is authorized to retain CBIZ as the Trustee's accountants, effective as of April 16, 2015, in these cases, and CBIZ shall be compensated under a general retainer agreement, upon application to the Court pursuant to 11 U.S.C. §§ 330 and 331, and in

accordance with the Bankruptcy Rules, the Local Rules of this Court and the United States Trustee guidelines; and it is further

**ORDERED** that ten business days prior to any increases in CBIZ's rates for any individual employed by CBIZ and retained by the Trustee pursuant to court order, CBIZ shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee; and it futher

**ORDERED**, that this Order is deemed to be a separate order with respect to each of the Debtors' bankruptcy cases.

Dated: New York, New York
_____, 2015

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
Office of the United States Trustee
Dated: May 14, 2015

By: *\_\_/s/ Paul K. Schwartzberg_____*
     Paul K. Schwartzberg, Trial Attorney

3